UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
DOCKET NO. 4:11-CR-27-1BO

| | | |
|---|---|---|
| United States Of America | ) | ORDER CONTINUING REVOCATION |
| | ) | HEARING |
| vs. | ) | |
| | ) | |
| Brian Eric Barnes | ) | |

On September 7, 2011, Brian Eric Barnes appeared before the Honorable James C. Fox, Senior U.S. District Judge in the Eastern District of North Carolina, and upon an earlier plea of guilty to Conspiracy to Interfere With Commerce by Robbery and Aiding and Abetting, in violation of 18 U.S.C. §§ 1951 and 2, was sentenced to the custody of the Bureau of Prisons for a term of 60 months. Additionally, it was ordered by the court that the defendant be placed on supervised release for 3 years upon release from imprisonment. Brian Eric Barnes was released from custody and the term of supervised release commenced on March 18, 2015.

From evidence presented at the revocation hearing on March 9, 2017, the court finds as a fact that Brian Eric Barnes, who is appearing before the court with counsel, has violated the terms and conditions of the judgment as follows:

1. Criminal conduct.
2. Failure to notify the officer within seventy-two hours of being arrested or questioned by a law enforcement officer.
3. Criminal conduct.
4. Using a controlled substance.
5. Leaving the judicial district without the permission of the court or probation officer.

It now appears that the ends of justice would best be served by continuing the revocation hearing before the court for 120 days from this date.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the hearing on violations of supervised release be continued for 120 days.

This the 9th day of March, 2017.

Terrence W. Boyle
U.S. District Judge

Case 4:11-cr-00027-BO   Document 98   Filed 03/15/17   Page 1 of 1